LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Kinga L. Wright (SBN 313827)
kinga.wright@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendant
U.S. Bank National Association (incorrectly sued as U.S. Bank Home Mortgage)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY WEDDERBURN, an individual; | CASE NO.: 4:18-cv-04155-JCS |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| U.S. BANK HOME MORTGAGE, a business entity, and Does 1-50, inclusive, | |
| Defendants. | Complaint Filed: May 29, 2018 |

Plaintiff Jeffrey Wedderburn and Defendant U.S. Bank National Association (incorrectly sued as U.S. Bank Home Mortgage) (collectively, the "Parties") hereby stipulate as follows:

1. The action, and each and every claim asserted herein, shall be dismissed in its entirety with prejudice and the case may be closed; and

2. The Parties shall bear their own attorneys' fees and costs.

Dated: March 20, 2019

By: _____
Jeffrey Wedderburn

Dated: March 28, 2019        Respectfully submitted,

                             LOCKE LORD LLP


                             By: */s/ Kinga L. Wright*
                                 Regina J. McClendon
                                 Kinga L. Wright
                             Attorneys for Defendant U.S. Bank National Association
                             (incorrectly sued as U.S. Bank Home Mortgage)

Dated: 3/29/19

